**UNITED SATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DAVID ANTHONY LEE** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 14-2605** |
| **BENEDICT J. WILLARD, JUDGE; ET AL.** | **SECTION: "E"(5)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint, to the extent that it can be construed as a request for habeas corpus relief, is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's §1983 claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**New Orleans, Louisiana, this 24th day of May, 2015.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**